UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELVIN HUDNALL,<br><br>    Plaintiff,<br><br>v.<br><br>H L TOMPKINS,<br><br>    Defendant. | Case No. 19-cv-04054-VKD<br><br>**ORDER RE VOLUNTARY DISMISSAL**<br><br>Re: Dkt. No. 28 |

Plaintiff having voluntarily dismissed this action (Dkt. No. 28) pursuant to Rule 41(a)(1), all pending motions are terminated and all scheduled appearances and deadlines are vacated. The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: January 2, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge